AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:21-mj-00400 |
| ROMAN STERLINGOV | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/26/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:** XXXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 27, 2011 to April 26, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 USC 1960(a) | Unlicensed Money Transmission |
| 18 USC 1956(a)(3) | Money Laundering - Sting |
| D.C. Code 26-1023(c) | Money Transmission without a License |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Devon Beckett, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/26/2021

*Judge's signature*

City and state:  Washington D.C.    Robin M. Meriweather, Magistrate Judge
*Printed name and title*