AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

ROMAN STERLINGOV

*Defendant*

Case: 1:21-mj-00400
Assigned To : Meriweather, Robin M.
Assign. Date : 4/26/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROMAN STERLINGOV,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 USC 1960(a) Unlicensed Money Transmission
18 USC 1956(a)(3) Money Laundering - Sting
D.C. Code 26-1023(c) Money Transmission without a License

Date: 04/26/2021

*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 04/26/2021, and the person was arrested on *(date)* 04/27/2021
at *(city and state)* Los Angeles, California.

Date: 04/27/2021

*Arresting officer's signature*

Devon A Beckett, Special Agent
*Printed name and title*