UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **Case No. 21-mj-400** |
| : | |
| **ROMAN STERLINGOV,** : | |
| : | |
| **Defendant.**  : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the undersigned attorney, C. Alden Pelker, at telephone number (202) 616-5007, is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *C. Alden Pelker*
C. Alden Pelker
Maryland Bar
Trial Attorney
U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington DC, 20005
(202) 616-5007
(202) 514-6113 (facsimile)
Catherine.Pelker@usdoj.gov